# Exhibit

# 1



Approved by: Chief Justice Roger A. Page and Director Michelle J. Long

Subject: Attendance at AOC Conferences

I. **Authority:** Tenn. Const. art. VI, § 1; Tenn. Code Ann. § 16-3-502; Tenn. Code Ann. § 16-3-803; Tenn. Code Ann. section 8-44-101, *et seq.*; *Dorrier v. Dark*, 537 S.W.2d 888, 892 (Tenn. 1976).

**The safety and security of conference attendees, staff, and invited speakers during conferences is of paramount importance. The Administrative Office of the Courts (AOC) and the Tennessee Department of Safety and Homeland Security will implement appropriate security protocols for events taking place at each conference.**

II. **Definitions:**

A. "Conference" is a formal education-centered gathering of current or former members of the Tennessee Judicial Conference, Tennessee General Sessions Judges Conference, Tennessee Conference of Juvenile and Family Court Judges, Tennessee Municipal Judges Conference, Tennessee State Court Clerks Association, or current appellate law clerks and staff attorneys who work in a full-time or part-time status.

B. "Conference Attendee" is any current or former justice, judge, senior judge, magistrate, court clerk, or current law clerk or staff attorney who works in a full-time or part-time status.

C. "Staff" is any person who works for the AOC in a full-time or part-time status.

D. "Invited Speaker" is any person who is not otherwise considered a "Conference Attendee" or "Staff" and is invited to an AOC conference to present on a specific subject matter or training session.

III. **Purpose:** To ensure the safety and security of conference attendees, staff, and invited speakers during AOC conferences.

IV. **Application:** This policy shall apply consistently among the conferences hosted by the AOC.

V. **Policy:** Conferences are not open meetings. Only conference attendees, invited speakers, and staff will be permitted to enter the physical conference spaces or receive virtual access links.

VI. **Confidentiality:** To help ensure the safety of those who attend AOC conferences, all conference attendees, invited speakers, and staff shall maintain the confidentiality of the dates, physical location, and/or link to virtual access, speaker documents, and other conference materials. Limited, targeted information may be shared by AOC staff with outside partners or contractors for the purpose of successfully conducting conference business or meeting statutory or grant requirements.

VII. **Conference Access:** Conference attendees on site at the physical location must wear their name tag at all times during the conference and will be required to show their name tag in order to gain entry to the conference space. Conference attendees who participate virtually will be required to display his or her name as reflected on their registration in order to be admitted to the virtual platform.

VIII. **Reporting Concerns:** Troopers with the Tennessee Highway Patrol will be on site to provide security at the physical conference location. Anyone who observes any safety concerns or problems related to the conference should immediately report those to the Troopers and AOC staff.

Case 3:22-cv-00439    Document 1-1    Filed 06/13/22    Page 3 of 3 PageID #: 18