# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| **DAN McCALEB, Executive Editor of THE CENTER SQUARE,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **NO. 3:22-cv-00439** |
| **MICHELLE LONG, in her official capacity as DIRECTOR of the TENNESSEE ADMINISTRATIVE OFFICE OF THE COURTS,** | ) ) ) ) ) | |
| **Defendant.** | ) ) | |

## <u>ORDER</u>

Plaintiff has filed a Motion for Temporary Restraining Order and Preliminary Injunction ("Motion") (Doc. No. 5). The Court will hold a hearing regarding the Motion on **June 14, 2022 at 3:00 p.m.** in Courtroom 6B, 719 Church Street, Nashville, TN. Additionally, the Court orders as follows:

(1) Defendant shall respond to the Motion no later than **June 14, 2022 at 12:00 p.m.**

(2) Defendant's response shall, among other things, (a) discuss whether and to what extent annual meetings of the Tennessee Judicial Conference have historically been open to the public and the press and (b) discuss whether permitting video and/or audio access to annual meetings of the Tennessee Judicial Conference is feasible.

(3) Plaintiff may file a supplemental brief addressing the same topics no later than **June 14, 2022 at 12:00 p.m.**

(4) If the parties intend to call any witnesses at the Court's hearing, they must file a witness list including brief descriptions (of two to three sentences) of each witnesses' expected testimony

no later than **June 14, 2022 at 12:00 p.m.** By the same date and time, the parties must file any affidavits or declarations upon which they intend to rely at the hearing.

(5) Plaintiff, and the Clerk, shall serve a copy of this Order upon the Tennessee Attorney General & Reporter.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

2