IN THE UNITED STATES DISTRICT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DAN McCALEB, Executive Editor of THE CENTRE SQUARE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 3:22-cv-00439 |
| MICHELLE LONG, in her official capacity as DIRECTOR of the TENNESSEE ADMINISTRATIVE OFFICE OF THE COURTS, | ) ) ) ) ) | |
| Defendant. | ) | |

**STATE DEFENDANT'S MOTION TO FILE EX PARTE UNDER SEAL**

Defendant Michelle Long, in her official capacity as Director of the Tennessee Administrative Office of the Courts, hereby moves this Court for leave to file ex parte and under seal the Agenda and Program for the 69th Annual Tennessee Judicial Conference. In support of this motion, Defendant Long would note that at the June 14, 2022 hearing on Plaintiff's Motion for Preliminary Injunction, this Court requested that such Agenda be filed ex parte and under seal.

Respectfully submitted,

HERBERT H. SLATERY III
Attorney General and Reporter

/s/ *Janet M. Kleinfelter*
JANET M. KLEINFELTER (BPR 13889)
Deputy Attorney General
Public Interest Division
Office of Tennessee Attorney General
P.O. Box 20207
Nashville, TN  37202
(615) 741-7403
Janet.kleinfelter@ag.tn.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing documents have been forwarded electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to the parties named below.  Parties may access this filing through the Court's electronic filing system.

M. E. Buck Dougherty III
James McQuaid
Liberty Justice Center
440 N. Wells Street, Suite 200
Chicago, IL  60654
bdoughterty@libertyjusticecenter.org
jmcquaid@libertyjusticecenter.org

Date:  June 14, 2022                                  /s/ *Janet M. Kleinfelter*
                                                                  JANET M. KLEINFELTER
                                                                  Deputy Attorney General

2