**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **DAN McCALEB, Executive Editor**<br>**of THE CENTER SQUARE,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **NO. 3:22-cv-00439** |
| **v.** | ) | |
| | ) | |
| **MICHELLE LONG, in her official** | ) | |
| **capacity as DIRECTOR of the** | ) | |
| **TENNESSEE ADMINISTRATIVE** | ) | |
| **OFFICE OF THE COURTS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>ORDER</u>

Defendant's Motion to File Document Ex Parte and Under Seal (Doc. No. 11) is

**GRANTED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE