UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAN McCALEB, Executive Editor of THE CENTER SQUARE, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| MICHELLE LONG, in her official capacity as DIRECTOR of the TENNESSEE ADMINISTRATIVE OFFICE OF THE COURTS, | ) ) ) ) ) |
| Defendant. | ) ) |

NO. 3:22-cv-00439

## ORDER

The Court held a hearing on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction ("Motion") (Doc. No. 5) on June 14, 2022. Based on Defendant's representations during the hearing, both parties agreed injunctive relief is unnecessary at this time. The Court withheld its decision pending its review of a document it directed Defendant to file under seal following the hearing. Defendant filed the document (Doc. No. 12), and the Court has reviewed it. The Court agrees with the parties that injunctive relief is presently unnecessary. Accordingly, the Motion (Doc. No. 5) is **DENIED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE