**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**

Nashville Division ▼

DAN McCALEB, Executive Editor of THE CENTER SQUARE,

Plaintiff,

v.

MICHELLE LONG, in her official capacity as DIRECTOR OF TENNESSEE ADMINISTRATIVE OFFICE OF THE COURTS,

Defendant.

Case No. 3:22-00439

Judge Eli J. Richardson ▼

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, James J. McQuaid hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Plaintiff Dan McCaleb.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the [Identify United States District Court or United States appellate court of which movant is a member]. Attached is a Certificate of Good Standing from that court. Northern District of Illinois

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

3. I have not been found in contempt by any court or tribunal, except as provided below:

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

5.     I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

> none

6.     I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

> none

7.     I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

> M.E. Buck Dougherty III, TN BPR #022474
> 440 N. Wells St., Ste. 200
> Chicago, IL 60654
> 312-637-2280      bdougherty@libertyjusticecenter.org

8.     I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9.     By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

James J. McQuaid

/s/ _____ Signature

Name: James J. McQuaid

State where admitted and State Bar Number: IL 6321108

Business Address: 440 N. Wells St., Ste. 200, Chicago IL 60654

Local Address [if different from above]:

Phone: 312-637-2280

Email: jmcquaid@libertyjusticecenter.org

# <u>CERTIFICATE OF SERVICE</u>

[Include certificate of service in compliance with Local Rule 5.01 and 5.02]

I hereby certify that on July 5, 2022, a copy of the foregoing Motion for Admission Pro Hac Vice was filed electronically via the Court's CM/ECF filing system. Notice of this filing will be sent by operation of the Court to all parties indicated on the electronic filing receipt, including a copy to the Office of Tennessee Attorney General and Reporter, counsel for the state defendant TAOC Director Michelle Long, via electronic mail as follows:

Office of the Attorney General & Reporter
Attn: Janet Kleinfelter, Deputy Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207
janet.kleinfelter@ag.tn.gov

**FEE: $150.00 [Fee may be paid through the credit card module in ECF or payment may be forwarded to the Clerk within 21 days of filing the motion. If forwarded to the Clerk, payment should be in the form of a check, cashier's check or money order payable to the Clerk, U.S. District Court, 719 Church Street, Suite 1300, Nashville, TN 37203.]