IN THE UNITED STATES DISTRICT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DAN McCALEB, Executive Editor of THE CENTRE SQUARE, | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:22-cv-00439 |
| | ) | |
| MICHELLE LONG, in her official capacity as DIRECTOR of the TENNESSEE ADMINISTRATIVE OFFICE OF THE COURTS, | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED
COMPLAINT (DE 19)**

Defendant Michelle Long, in her official capacity as Director of the Tennessee
Administrative Office of the Courts, hereby respectfully moves this Court to dismiss Plaintiff's
First Amended Complaint (DE 19) for lack of subject matter jurisdiction pursuant to Fed. R. Civ.
P. 12(b)(1).

As more fully discussed in the accompanying Memorandum of Law, Plaintiff's claims
against Director Long are barred by the Eleventh Amendment because Director Long lacks any
authority to engage in the challenged conduct and, therefore, has no connection to its enforcement.
That connection is required under *Ex Parte Young*, 209 U.S. 123 (1908) in any suit seeking
injunctive relief against state officials in their official capacities. Additionally, Plaintiff lacks
standing to bring his constitutional claim because he has not alleged a cognizable injury that is

fairly traceable to the conduct of Director Long or that would be redressed by the relief he seeks. Accordingly, this Court lacks subject matter jurisdiction over Plaintiff's claims against Director Long in the First Amended Complaint (DE 19) and must dismiss this action.  Fed. R. Civ. P. 12(h)(3).

Respectfully submitted,

HERBERT H. SLATERY III
Attorney General and Reporter


/s/ *Janet M. Kleinfelter*
JANET M. KLEINFELTER (BPR 13889)
Deputy Attorney General
Public Interest Division

STEVEN A. HART (BPR 7050)
Special Counsel
Office of Tennessee Attorney General
P.O. Box 20207
Nashville, TN  37202
(615) 741-7403
Janet.kleinfelter@ag.tn.gov
Steve.hart@ag.tn.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing document has been forwarded electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to the parties named below. Parties may access this filing through the Court's electronic filing system.


M. E. Buck Dougherty III
James McQuaid
Liberty Justice Center
440 N. Wells Street, Suite 200
Chicago, IL  60654
bdoughterty@libertyjusticecenter.org
jmcquaid@libertyjusticecenter.org


Date:  July 14, 2022                                   /s/ *Janet M. Kleinfelter*
                                                        JANET M. KLEINFELTER
                                                        Deputy Attorney General

3