IN THE UNITED STATES DISTRICT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


DAN McCALEB, Executive Editor of )
THE CENTER SQUARE, )
         )
  Plaintiff, )
         )
v. )   Case No. 3:22-cv-00439
         )
MICHELLE LONG, in her official capacity )   Judge Richardson
as DIRECTOR of the TENNESSEE )
ADMINISTRATIVE OFFICE OF THE )   Magistrate Judge Frensley
COURTS, )
         )
  Defendant. )

---

**DEFENDANT'S MOTION TO POSTPONE THE
INITIAL CASE MANAGEMENT CONFERENCE
AND STAY DISCOVERY**

---

Pursuant to Fed. R. Civ. P. 26(c) and (f), and Local Rule 16.01(g), Defendant Long moves

to postpone the Initial Case Management Conference (currently set for August 11, 2022) and stay

discovery, pending resolution of Defendant Long's Motion to Dismiss for lack of subject matter

jurisdiction.  For the reasons stated in the accompanying Memorandum of Law, Defendant Long

submits that the interests of judicial economy and the parties' resources are best served by the

requested postponement and stay.

In accordance with Local Rule 7.01(a)(1), undersigned counsel has conferred with counsel

for Plaintiff regarding the requested relief and has been advised that Plaintiff opposes the instant

Motion.

Respectfully submitted,

HERBERT H. SLATERY III
Attorney General and Reporter


/s/ *Janet M. Kleinfelter*
JANET M. KLEINFELTER (BPR 13889)
Deputy Attorney General
Public Interest Division

STEVEN A. HART (BPR 7050)
Special Counsel
Office of Tennessee Attorney General
P.O. Box 20207
Nashville, TN  37202
(615) 741-7403
Janet.kleinfelter@ag.tn.gov
Steve.hart@ag.tn.gov

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing document has been forwarded electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to the parties named below. Parties may access this filing through the Court's electronic filing system.

M. E. Buck Dougherty III
James McQuaid
Liberty Justice Center
440 N. Wells Street, Suite 200
Chicago, IL  60654
bdoughterty@libertyjusticecenter.org
jmcquaid@libertyjusticecenter.org

Date:  August 8, 2022                                        /s/ *Janet M. Kleinfelter*
                                                              JANET M. KLEINFELTER
                                                              Deputy Attorney General

3