**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **DAN MCCALEB,** | ) |
| **Plaintiff,** | ) |
| | )     **Civil Action No. 3:22-cv-439** |
| **v.** | )     **Judge Richardson/Frensley** |
| | ) |
| **MICHELLE LONG,** | ) |
| **Defendant.** | ) |

## ORDER

Pending before the Court is the Defendant's Motion to Postpone the Initial Case Management Conference and Stay Discovery. Docket No. 29. Defendant moves the Court to stay discovery in this case pending resolution of their fully briefed Motion to Dismiss (Docket No. 24) which raises issues of subject matter jurisdiction based on Eleventh Amendment immunity and lack of standing. The Initial Case Management Conference in this matter is scheduled for August 11, 2022. Docket No. 4.

In order for the Court to consider the motion to stay and allow for it to be fully briefed the Initial Case Management Conference is continued and reset for **September 19, 2022, at 9:00 a.m.** by telephone. The Parties shall call 1-877-336-1831 at the appointed time, and when prompted for the access code, enter 7039387# to participate in the Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please contact chambers at 615-736-7344.

    **IT IS SO ORDERED.**

 

**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**