| | |
|---|---|
| Dan McCaleb, Executive Editor of THE CENTER SQUARE, <br><br> Plaintiff, <br><br> v. <br><br> Michelle Long, in her official capacity as DIRECTOR OF TENNESSEE ADMINISTRATIVE OFFICE OF THE COURTS, <br><br> Defendant. | Case No. 3:22-cv-00439 <br><br> District Judge Richardson <br><br> Magistrate Judge Frensley |

**PLAINTIFF'S NOTICE OF FILING STATEMENT OF SECOND SUPPLEMENTAL FACTS AND SUPPORTING DOCUMENTS (ECF No. 33)**

Respectfully submitted,

LIBERTY JUSTICE CENTER

M. E. Buck Dougherty III, TN BPR #022474
James McQuaid, Admitted *pro hac vice*
440 N. Wells Street, Suite 200
Chicago, Illinois 60654
312-637-2280-telephone
312-263-7702-facsimile
bdougherty@libertyjusticecenter.org
jmcquaid@libertyjusticecenter.org

Attorneys for Plaintiff, Dan McCaleb,
Executive Editor of The Center Square

1. Plaintiff Dan McCaleb respectfully requests the Court to PLEASE TAKE NOTICE of his FILING on August 22, 2022 (ECF No. 33). The filing is McCaleb's response in opposition to Defendant Administrative Director Michelle Long's motion to stay discovery (ECF No. 29).

2. McCaleb's response included his Statement of Second Supplemental Facts (ECF No. 33), including additional factual information and documents attached as exhibits (ECF No. 33-1), (ECF No. 33-2), (ECF No. 33-3), and (ECF No. 33-4).

3. Pending before the Court are McCaleb's motion for a preliminary injunction (ECF No. 20), and Director Long's Rule 12(b)(1) motion to dismiss and factual attack on the Court's subject-matter jurisdiction (ECF No. 24). Briefing is closed and the matters are ripe for adjudication.

4. The parties do not dispute that this Court has wide discretion to look outside the pleadings and issue rulings based on the facts and evidentiary submissions currently before the Court. It is also within the Court's discretion to hold an evidentiary hearing if it chooses, to issue rulings on the pending motion for preliminary injunction and Rule 12(b)(1) motion.

5. Director Long has not requested a hearing, and McCaleb agrees that based on the submissions before the Court, a hearing is unnecessary. But McCaleb and his counsel will follow any directives by the Court if it determines an evidentiary hearing is necessary to resolve any factual disputes prior to September 9, 2022.

1

August 22, 2022                    Respectfully submitted,


LIBERTY JUSTICE CENTER

*/s/ M. E. Buck Dougherty III*
M. E. Buck Dougherty III, TN BPR #022474
James McQuaid, Admitted *pro hac vice*
440 N. Wells Street, Suite 200
Chicago, Illinois 60654
312-637-2280-telephone
312-263-7702-facsimile
bdougherty@libertyjusticecenter.org
jmcquaid@libertyjusticecenter.org

Attorneys for Plaintiff, Dan McCaleb,
Executive Editor of The Center Square

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2022, a copy of the foregoing Plaintiff's Notice of Filing Statement of Second Supplemental Facts and Supporting Documents (ECF No. 33), was filed electronically via the Court's CM/ECF filing system. Notice of this filing will be sent by operation of the Court to all parties indicated on the electronic filing receipt, including a copy to the Office of Tennessee Attorney General and Reporter, counsel for Administrative Director Michelle Long, via electronic mail as follows:

HERBERT H. SLATERY III
Office of the Attorney General & Reporter
Janet M. Kleinfelter, *Deputy Attorney General*
Public Interest Division
Steven A. Hart, *Special Counsel*
P.O. Box 20207
Nashville, Tennessee 37202-0207
janet.kleinfelter@ag.tn.gov
steve.hart@ag.tn.gov

*/s/ M. E. Buck Dougherty III*
M. E. Buck Dougherty III, TN BPR #022474

3