# Exhibit

# 1

IN THE SUPREME COURT OF TENNESSEE

FILED
12/12/2022
Clerk of the
Appellate Courts

# IN RE: ADVISORY COMMISSION ON THE RULES OF PRACTICE AND PROCEDURE

---

### No. ADM2022-00001

---

### ORDER

It appears to the Court that the terms of Commission members Kathryn Barnett, James Bowman, Doug Halijan, F. Dulin Kelly, and Allan Wade expire December 31, 2022. Because of their outstanding contributions to the Commission, and based upon their eligibility and willingness to accept new appointments, this Court is pleased to reappoint these members to another term, beginning January 1, 2023, and ending June 30, 2026.

It also appears that the terms of Steven Strain and F. Braxton Terry expire December 31, 2022. This Court gratefully acknowledges the valuable service Mr. Strain and Mr. Terry have demonstrated during their term and the significant contributions they have made.

To replace Mr. Strain beginning January 1, 2023, and ending June 30, 2026, the Court is pleased to appoint:

> Sarah Keith
> Assistant District Attorney General
> Anderson County District Attorney General's Office
> 101 South Main Street, #300
> Clinton, TN 37716
> Phone: 865-457-5640
> Email: swkeith@tndagc.org

To replace Mr. Terry beginning January 1, 2023, and ending June 30, 2026, the Court is pleased to appoint:

> Donald Capparella
> Dodson Parker Behm and Capparella PC
> 1310 Sixth Avenue North
> Nashville, TN 37208
> Phone: 615-254-2291
> Email: capparella@dodsonparker.com

The Court appreciates the service of Judge Mark Ward as the Trial Court Liaison for the Advisory Commission on the Rules of Practice and Procedure. As the new Trial Court Liaison, the Court is pleased to appoint:

Judge Jennifer L. Smith
20th Judicial District Criminal Court
Division IV
408 - 2nd Avenue North
Suite 6100
Nashville, TN 37201
Phone:  615-862-5945

IT IS SO ORDERED.

PER CURIAM