# Exhibit

# 3

FILED

12/19/2022

Clerk of the

Appellate Courts

# IN THE SUPREME COURT OF TENNESSEE
# AT NASHVILLE

## IN RE: PROPOSED AMENDMENT TO TENNESSEE RULES OF CRIMINAL PROCEDURE

### No. ADM2022-01198

### ORDER

The Court adopts the attached amendments effective July 1, 2023, subject to approval by resolution of the General Assembly. The rule amended is as follows:

RULE 49 SERVING AND FILING PAPERS

The text of the amendment is set out in the attached Appendix.

IT IS SO ORDERED.

FOR THE COURT:

ROGER A. PAGE
CHIEF JUSTICE

## *APPENDIX*

## *AMENDMENT TO THE*
## *RULES OF CRIMINAL PROCEDURE*

**[Deleted text is indicated by overstriking,
and new text is indicated by underlining.]**

# TENNESSEE RULES OF CRIMINAL PROCEDURE

## RULE 49

## SERVING AND FILING PAPERS

[Amend Rule 49(b)(2) as indicated below:]

. . .

**(b)(2) Service; How Made.**

. . .

(D) Electronic Service. Service on any attorney may also be made by emailing the attorney the document in Adobe PDF to the attorney's email address, which shall be promptly furnished on request. The sender shall include language in the subject line designed to alert the recipient that a document is being served under this rule. A sender who emails a document and is notified that it was not received must promptly furnish a copy of the document to the attorney who did not receive it.