IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DAN MCCALEB, Executive Editor of ) 
THE CENTER SQUARE, )
                                              )      NO. 3:22-cv-00439
       Plaintiff, )
                                                )      JUDGE RICHARDSON
v. )
                                                  )
MICHELLE LONG, in her official )
capacity as DIRECTOR of the )
TENNESSEE ADMINISTRATIVE )
OFFICE OF THE COURTS, )
                                                  )
       Defendant. )

## <u>ORDER</u>

Pending before the Court is Defendant's motion to dismiss for lack of subject-matter jurisdiction (Doc. No. 24, "Motion"), filed along with a supporting memorandum of law (Doc. No. 25). Plaintiff filed a Response (Doc. No. 27), and Defendant filed a reply (Doc. No. 28). For the reasons discussed in the accompanying memorandum opinion, the Motion is DENIED.

IT IS SO ORDERED.

*Eli Richardson*
_____
ELI  RICHARDSON
UNITED STATES DISTRICT JUDGE