# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **DAN MCCALEB, Executive Editor of** | ) | |
| **THE CENTER SQUARE,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:22-cv-00439** |
| | ) | |
| **MICHELLE LONG, in her official** | ) | **JUDGE RICHARDSON** |
| **Capacity as DIRECTOR of the** | ) | |
| **TENNESSEE ADMINISTRATIVE** | ) | |
| **OFFICE OF THE COURTS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

---

The defendant hereby requests substitution of former Deputy Attorney General Janet Kleinfelter with Senior Assistant Attorney General Michael Sthal as the defendant's counsel. Ms. Kleinfelter is no longer with the Attorney General's Office and is not authorized to continue the representation. See Tenn. Code Ann. §§ 8-6-109(b)(1) and 8-6-110. Undersigned counsel did not consult with the opposing side regarding this motion because substitution has no bearing on any issue in the case and will not operate to the petitioner's prejudice.

Respectfully submitted,

JONATHAN SKRMETTI,
Attorney General & Reporter

/s/ *Michael Stahl*
MICHAEL M. STAHL
Senior Assistant Attorney General
Public Interest Division
P.O. Box 20207
Nashville, Tennessee 37202-0207
(615) 253-5463
B.P.R. No. 032381
Michael.Stahl@ag.tn.gov

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion was filed electronically on March 23, 2023, with the Court's electronic filing system and electronically forwarded to Petitioner's counsels of record at the following:

Buck Dougherty, Liberty Justice Center, 440 N. Wells Street, Ste. 200, Chicago, IL 60654 at bdougherty@libertyjusticeenter.org.

James McQuaid, Liberty Justice Center, 440 N. Wells Street, Ste. 200, Chicago, IL 60654 at jmcquaid@libertyjusticecenter.org.

*/s/ Michael Stahl*
MICHAEL STAHL
Senior Assistant Attorney General