# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| DAN MCCALEB, Executive Editor of The Center Square, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | No. 3:22-cv-00439 Judge Richardson |
| MICHELLE LONG, in her official capacity as Director of the Tennessee Administrative Office of the Courts, | ) ) ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF APPEARANCE OF ANDREW C. COULAM ON BEHALF OF DEFENDANT MICHELLE LONG

I, Andrew C. Coulam, hereby enter my appearance on behalf of Defendant, Michelle Long, who is being sued in her official capacity as Director of the Tennessee Administrative Office of the Courts. Please provide me notice of all court filings.

Respectfully submitted,

s/ Andrew C. Coulam
ANDREW C. COULAM
Deputy Attorney General
Public Interest Division
P.O. Box 20207
Nashville, Tennessee 37202
615-741-1868
andrew.coulam@ag.tn.gov
B.P.R. No. 30731

# CERTIFICATE OF SERVICE

I, Andrew C. Coulam, hereby certify that on March 23, 2023, I provided a copy of the foregoing notice of appearance via the Court's ECF/ECM service to the following individuals:

Buck Dougherty
Liberty Justice Center
440 N. Wells Street, Suite 200
Chicago, IL 60654
bdougherty@libertyjusticecenter.org

James J. McQuaid
Liberty Justice Center
440 N. Wells Street, Suite 200
Chicago, IL 60654
jmcquaid@libertyjusticecenter.org.

s/ Andrew C. Coulam
Andrew C. Coulam
Counsel for Defendant Michelle Long