**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

DAN MCCALEB,              )
                                     )
      Plaintiff(s),      )
                                     )
                                   )   Case No. 3:22-cv-00439
v.                               )   Judge Richardson/Frensley
                                   )
MICHELLE LONG,      )
                                   )
      Defendant(s).   )
                                   )

## O R D E R

An Initial Case Management Conference is scheduled for April 10, 2023 at 8:30 a.m. <u>via telephone</u>. All parties shall call **1-877-336-1831**, and when prompted for the access code, enter **7039387#** to participate in the Case Management Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736-7344. A proposed case management order shall be filed three (3) days before the conference. Additionally, the proposed order shall also be emailed to chambers at frensleychambers@tnmd.uscourts.gov in Word format.

                                     **IT IS SO ORDERED**.

**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**