## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

DAN McCALEB, Executive Editor of )
THE CENTER SQUARE, )
                 )
     **Plaintiff,** )
                 )
**v.** )     **No. 3:22-cv-00439**
                 )     **Judge Richardson**
**MICHELLE LONG, in her official** )     **Magistrate Judge Frensley**
**capacity as DIRECTOR of** )
**TENNESSEE ADMINISTRATIVE** )
**OFFICES OF THE COURTS,** )
                 )
     **Defendant.** )

---

## MOTION FOR EXTENSION OF TIME TO FILE ANSWER
## TO AMENDED COMPLAINT

---

Comes now undersigned counsel for Defendant and requests a twenty-one (21) day extension of time to file her answer to Plaintiff's amended complaint. (ECF no. 19.) As grounds in support, Defendant would state:

1. On or about June 13, 2022, Plaintiff filed a complaint seeking First Amendment right of access to Tennessee Judicial Conference meetings. (ECF no. 1, PageID 10-14.)

2. Plaintiff next filed a motion for a temporary restraining order ("TRO") which Defendant answered on June 14, 2022. (ECF no.'s 5, 10.)

3. Following a hearing on the TRO, Plaintiff filed an amended complaint and a motion for a preliminary injunction. (ECF no.'s 19, 20.)

4. Defendant's response opposing the motion for a preliminary injunction was filed on July 14, 2022. (ECF no. 23.)

5. Defendant then moved the court to dismiss the amended complaint for lack of

jurisdiction, which Plaintiff opposed. (ECF no. 24, 27.)

6. On August 8, 2022, Plaintiff moved to postpone further management conferences and discovery until resolution of her motion to dismiss. (ECF no.'s 29, 30.)

7. Following a response by Plaintiff, the court granted the motion to stay until after a ruling on the motion to dismiss. (ECF no.'s 33, 36.)

8. On March 22, 2023, the court granted, in part, Plaintiff's motion for a preliminary injunction and denied Defendant's motion to dismiss. (ECF no. 40, 41.)

9. Pursuant to Fed. R. Civ. P. 15(a)(3), Defendant's answer to Plaintiff's amended complaint is now due NLT than Wednesday, April 5, 2023.

10. Undersigned counsel hereby requests an extension of 21-days from the original deadline to file her answer to Plaintiff's amended complaint since counsel has only recently taken over this case from former counsel, Janet Kleinfelter, and has not yet been able to fully prepare a response in this matter. Moreover, counsel has had a number of other cases with time-sensitive deadlines in the past week that have limited the time available to complete an answer. Moreover, a new deadline, set 21-days from the original time limit, would also allow Defendant an opportunity to respond to Plaintiff's amended complaint after having made a decision on any potential appeal to the court's current preliminary injunction order.

11. Accordingly, Defendant is requesting a new filing deadline on or before Wednesday, April 26, 2023, to file her answer to Plaintiff's amended complaint.

12. This is Defendant's first motion for an extension of time to file her answer to the

2

amended complaint.

13. This request is not made for any improper purpose and will not prejudice Plaintiff.

14. Counsel for Defendant has consulted with Plaintiff's counsel and been informed that Plaintiff does not oppose the additional requested time in this motion.

WHEREFORE, Defendant respectfully moves this court to extend the deadline to file her answer to Plaintiff's amended complaint until Wednesday, April 26, 2023.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

/s/ *Michael M. Stahl*
MICHAEL M. STAHL
Senior Assistant Attorney General
Public Interest Division
P.O. Box 20207
Nashville, Tennessee 37202
(615) 253-5463
B.P.R. No. 032381
Michael.Stahl@ag.tn.gov

3

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2023, a copy of the foregoing Motion was filed with the Court's Electronic Filing System. Notice of this filing will be sent by operation of the Court's electronic filing system to Petitioner's counsel of record:

M.E. Buck Doughtery, III
Liberty Justice Center
440 N. Wells St
Suite 200
Chicago, IL 60604
bdougherty@libertyjusticecenter.org


James McQuaid
Liberty Justice Center
440 N. Wells Street
Ste 200
Chicago, IL 60654
jmcquaid@libertyjusticeenter.org

*/s/ Michael M. Stahl*
MICHAEL M. STAHL
Senior Assistant Attorney General

4