UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Dan McCaleb, Executive Editor of THE CENTER SQUARE, <br><br> Plaintiff, <br><br> v. <br><br> Michelle Long, in her official capacity as DIRECTOR OF TENNESSEE ADMINISTRATIVE OFFICE OF THE COURTS, <br><br> Defendant. | Case No. 3:22-cv-00439 <br><br><br> District Judge Richardson <br><br> Magistrate Judge Frensley |

PLAINTIFF'S NOTICE OF SERVING
RULE 26(a)(1)(A) INITIAL DISCLOSURES

Plaintiff Dan McCaleb, Executive Editor of The Center Square, respectfully submits this Notice to the Court that today on May 19, 2023, McCaleb's counsel served via electronic mail his Rule 26 Initial Disclosures to counsel for Defendant Michelle Long.

May 19, 2023

Respectfully submitted,

*/s/ M. E. Buck Dougherty III*
M. E. Buck Dougherty III, TN BPR #022474
James McQuaid, Admitted *pro hac vice*
LIBERTY JUSTICE CENTER
440 N. Wells Street, Suite 200
Chicago, Illinois 60654
312-637-2280-telephone
312-263-7702-facsimile
bdougherty@libertyjusticecenter.org
jmcquaid@libertyjusticecenter.org

Attorneys for Plaintiff, Dan McCaleb,
Executive Editor of The Center Square

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2023, a copy of the foregoing Plaintiff's Notice of Serving Rule 26(a)(1)(A) Initial Disclosures was filed electronically via the Court's CM/ECF filing system. Notice of this filing will be sent by operation of the Court to all parties indicated on the electronic filing receipt, including a copy to the Office of Tennessee Attorney General and Reporter, counsel for Defendant Administrative Director Michelle Long, as follows:

> JONATHAN SKRMETTI
> Office of the Attorney General & Reporter
> Andrew C. Coulam, *Deputy Attorney General*
> Michael M. Stahl, *Senior Assistant Attorney General*
> Public Interest Division
> P.O. Box 20207
> Nashville, Tennessee 37202-0207
> andrew.coulam@ag.tn.gov
> michael.stahl@ag.tn.gov

*/s/ M. E. Buck Dougherty III*
M. E. Buck Dougherty III, TN BPR #022474