MOTION GRANTED.

**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| DAN McCALEB, Executive Editor of THE CENTER SQUARE, <br><br>     Plaintiff, <br><br> v. <br><br> MICHELLE LONG, in her official capacity as DIRECTOR of TENNESSEE ADMINISTRATIVE OFFICES OF THE COURTS, <br><br>     Defendant. | No. 3:22-cv-00439 <br><br><br> Judge Richardson <br><br> Magistrate Judge Frensley |

**MOTION TO MODIFY CASE MANAGMENT DEADLINE
OF EXPERT WITNESS DISCLOSURES**

Now comes Plaintiff Dan McCaleb and moves this Honorable Court to extend the deadlines for expert witness disclosures. Plaintiff submits that, as required by Fed. R. Civ. P. 16(b)(4), good cause exists for modification of the deadlines for expert witness disclosures for the following reasons:

Currently, Plaintiff's deadline to disclose expert witnesses is August 1, 2023, and Defendant Michelle Long's deadline is September 1, 2023. Dkt. 50, Page ID #1150. The remaining deadlines in this case in accordance with the Case Management Order are as follows, and Plaintiff does not seek to disturb any of them:

- September 11, 2023: telephonic status conference regarding discovery. Dkt. 50.

- October 31, 2023: discovery deadline, and deadline for any motion to amend. *Id.*

1

- November 14, 2023: joint report confirming that the parties have made a good faith attempt to resolve the case due. *Id.*

- December 15, 2023: deadline for dispositive motions. *Id.*

- April 22, 2024: Joint Proposed Pretrial Order and Witness List due. Dkt. 51.

- April 29, 2024: Pretrial Conference. *Id.*

- May 7, 2024: Bench Trial. *Id.*

Up to this point, Plaintiff's counsel has diligently sought and interviewed 3-4 potential expert witnesses. Only within the past week did Plaintiff's counsel reach an agreement in principle with a potential expert witness, which will be finalized next week on or about August 3, 2023. Based on the expert's schedule, he will need additional time to write and complete his expert report once formally retained, and he has indicated he could do so by September 1, 2023.

Therefore, Plaintiff respectfully requests a 31-day extension on both parties' deadlines for expert disclosures, such that Plaintiff's new deadline be set to **September 1, 2023**, and Defendant's new deadline to **October 2, 2023**.

Plaintiff's requested extension will still conform to the requirements of Local Rule 16.01(h)(1) that no dispositive motion deadline, including response and reply briefs, shall be later than 90-days in advance of the trial date.

Plaintiff's counsel e-mailed opposing counsel this morning shortly after 8:00 am CDT, regarding this requested modification and extension. As of approximately 4:20 pm CDT, Plaintiff's counsel has not received a response from the opposing counsel.

2

Thus, Plaintiff does not know whether Defendant objects to the requested

modification and extension of the expert witness disclosure deadlines.

Dated: July 25, 2023               Respectfully submitted,

<u>/s/ M.E. Buck Dougherty III</u>
M.E. Buck Dougherty III, TN BPR #022474
James McQuaid, admitted *pro hac vice*
LIBERTY JUSTICE CENTER
440 N. Wells St., Ste. 200
Chicago, IL 60654
312-637-2280-telephone
312-263-7702-facsimile
bdougherty@libertyjusticecenter.org
jmcquaid@libertyjusticecenter.org

Attorneys for Plaintiff, Dan McCaleb

3

CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2023, a copy of the foregoing Motion to Modify Case Management Deadline of Expert Witness Disclosures was filed electronically via the Court's CM/ECF filing system. Notice of this filing will be sent by operation of the Court to all parties indicated on the electronic filing receipt, including a copy to the Office of Tennessee Attorney General and Reporter, counsel for Defendant Administrative Director Michelle Long, as follows:

JONATHAN SKRMETTI
Office of the Attorney General & Reporter
Andrew C. Coulam, Deputy Attorney General
Michael M. Stahl, Senior Assistant Attorney General
Public Interest Division
P.O. Box 20207
Nashville, Tennessee 37202-0207
andrew.coulam@ag.tn.gov
michael.stahl@ag.tn.gov

/s/ M.E. Buck Dougherty III<br>
M.E. Buck Dougherty III, TN BPR #022474

4