# IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| DAN McCALEB, Executive Editor of THE CENTER SQUARE, <br><br>     Plaintiff, <br><br> v. <br><br> MICHELLE LONG, in her official capacity as DIRECTOR of TENNESSEE ADMINISTRATIVE OFFICES OF THE COURTS, <br><br>     Defendant. | No. 3:22-cv-00439 <br><br><br> Judge Richardson <br><br> Magistrate Judge Frensley |

**PLAINTIFF'S NOTICE AND DISCLOSURE THAT PROFESSOR BENJAMIN H. BARTON WILL PRESENT EVIDENCE AT TRIAL AS AN EXPERT WITNESS UNDER FED. R. EVID. 702, 703, OR 705**

Plaintiff Dan McCaleb, Executive Editor of The Center Square, pursuant to Fed. R. Civ. P. 26 (2)(A), hereby notifies and discloses to Defendant Michelle Long the identity of any witness McCaleb may use at trial to present evidence under Fed. R. Evid. 702, 703, or 705, as follows:

**BENJAMIN H. BARTON**
Helen and Charles Lockett Distinguished Professor of Law
The University of Tennessee College of Law
1505 W. Cumberland Ave.
Knoxville, TN 37996-1810
(865) 974-2331
bbarton@utk.edu

In accordance with Fed. R. Civ. P. 26 (2)(B), Professor Barton's Declaration and Written Report is attached as **Exhibit 1**, and his CV is attached as **Exhibit 2**.

1

Dated: September 1, 2023    Respectfully submitted,


/s/ M.E. Buck Dougherty III
M.E. Buck Dougherty III, TN BPR #022474
James McQuaid, admitted *pro hac vice*
LIBERTY JUSTICE CENTER
440 N. Wells St., Ste. 200
Chicago, IL 60654
312-637-2280-telephone
312-263-7702-facsimile
bdougherty@libertyjusticecenter.org
jmcquaid@libertyjusticecenter.org

Attorneys for Plaintiff Dan McCaleb,
Executive Editor of The Center Square

2

# CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2023, a copy of the foregoing *Plaintiff's Notice And Disclosure That Professor Benjamin H. Barton Will Present Evidence At Trial As An Expert Witness Under Fed. R. Evid. 702, 703, Or 705* was filed electronically via the Court's CM/ECF filing system. Notice of this filing will be sent by operation of the Court and served on all parties indicated on the electronic filing receipt, including a copy to the Office of Tennessee Attorney General and Reporter, counsel for Defendant Administrative Director Michelle Long, as follows:

JONATHAN SKRMETTI
Office of the Attorney General & Reporter
Andrew C. Coulam, Deputy Attorney General
Michael M. Stahl, Senior Assistant Attorney General
Public Interest Division
P.O. Box 20207
Nashville, Tennessee 37202-0207
andrew.coulam@ag.tn.gov
michael.stahl@ag.tn.gov

/s/ M.E. Buck Dougherty III
M.E. Buck Dougherty III, TN BPR #022474

3