# UNITED STATES DISTRICT COURT
### for the
### Middle District of Tennessee ▾

| | | |
|---|---|---|
| DAN McCALEB | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  3:22-cv-00439 |
| MICHELLE LONG | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Michelle Long, in her official capacity as Director of the Tenn. Admin. Office of the Courts     .

Date:     09/01/2023

s/ Robert W. Wilson
*Attorney's signature*

Robert W. Wilson, TN BPR No. 34492
*Printed name and bar number*
Office of the Tennessee Attorney General
40 South Main Street, Suite 1014
Memphis, TN 38103

*Address*

robert.wilson@ag.tn.gov
*E-mail address*

(901) 543-9031
*Telephone number*

(901) 543-9025
*FAX number*