MOTION GRANTED.

IN THE UNITED STATES DISTRICT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DAN McCALEB, Executive Editor of THE CENTER SQUARE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 3:22-cv-00439 |
| MICHELLE LONG, in her official capacity as DIRECTOR of the TENNESSEE ADMINISTRATIVE OFFICE OF THE COURTS, | ) ) ) ) | Judge Richardson Magistrate Judge Frensley |
| Defendant. | ) ) ) | |

**DEFENDANT'S UNOPPOSED MOTION TO
MODIFY THE CASE MANAGEMENT ORDER**

Pursuant to Fed. R. Civ. P. 16(b)(4), Defendant Michelle Long respectfully moves this Court for a modification of the Case Management Order. Defendant seeks a 30 day extension of the deadlines for her expert disclosures and for the close of discovery. As grounds, Defendant shows:

1. Counsel for Defendant and Counsel for Plaintiff Dan McCaleb met and conferred via video conference on September 29, 2023, to discuss, *inter alia*, the relief Defendant requests in this motion. Plaintiff does not oppose Defendant's requested relief.

2. The current deadlines remaining in this matter are as follows:

- **October 2, 2023**, for Defendant to provide her expert disclosures (D.E. 50 at 1150; D.E. 54 at 1163-64);[1]

- **October 31, 2023**, for the completion of all discovery and for any motions to amend or add parties (D.E. 50 at 1149-50);

- **November 14, 2023**, for the parties to submit a joint report confirming that they made a good faith attempt to resolve the case (*id.* at 1148-49);

- **December 15, 2023**, for the parties to file dispositive motions (*id.* at 1150-51);

- **April 15, 2024**, for the parties to file any motions in limine or motions objecting to expert testimony (D.E. 51 at 1154);

- **April 22, 2024**, for the parties to submit a joint proposed pretrial order and witness and exhibit lists (*id.* at 1153);

- **April 29, 2024**, for the parties to appear for a Pretrial Conference (*id.* at 1153); and

- **May 7, 2024**, for the parties to appear for the bench trial (*id.*).

3.      Defendant seeks to modify the deadline for her expert disclosures by 30 days, to **November 1, 2023**.  Defendant further seeks to modify the deadline for completing discovery by 30 days, to **November 30, 2023**.

4.      Defendant's proposed modifications will not affect any other deadlines.

5.      Defendant's "requested extension will still conform to the requirements of Local Rule 16.01(h)(1) that no dispositive motion deadline, including response and reply briefs, shall be later than 90 days in advance of the trial date."  (D.E. 50 at 1151-52.)  Briefing on dispositive

---

[1] All record pincites refer to the "Page ID" numbers contained in the D.E. file stamps.

motions will be completed by January 26, 2024, a date more than 90 days in advance of the May 7, 2024, trial date. (*Id.* at 1150-51.)

6. Good cause exists to modify the deadlines as required by Fed. R. Civ. P. 16(b)(4). The parties have actively engaged in discovery in good faith but require an extension of the expert disclosure and discovery deadlines. First, Defendant has diligently sought to retain one or more experts in this matter, and Defendant's counsel has contacted multiple potential experts. However, the internal-approval process for retaining one or more of these experts has taken longer than Defendant's counsel originally anticipated. And once approved, Defendant's expert(s) will need time to prepare reports in compliance with Fed. R. Civ. P. 26(a)(2)(B). For these reasons, Defendant requests an extension of the deadline to disclose her expert(s), to November 1, 2023. Plaintiff had similar reasons for seeking his own 30-day extension for disclosing his expert in August, and the Court granted him that extension. (D.E. 54 at 1163-64.)

Second, good cause exists to extend the discovery completion deadline. The parties are set to begin deposing witnesses and experts on October 3, 2023. But one of the witnesses Plaintiff wishes to depose, an employee of the Tennessee Administrative Office of the Courts, is on leave until November 2023 and will not be available before the current discovery cutoff date of October 31. Further, should this Court modify the deadline for Defendant to disclose her expert(s), Plaintiff's counsel has indicated that they would conduct the expert depositions in November 2023. And to allow for a more efficient travel schedule for out-of-town counsel, the parties may need to reschedule other witness depositions. By extending the discovery completion deadline to November 30, this Court would permit the parties, counsel, and witnesses greater flexibility in scheduling the depositions.

For these reasons, Defendant seeks to modify the Case Management Order by extending the deadlines for disclosing her expert(s) and for completing discovery. Because good cause exists to extend the deadlines, this Court should grant Defendant's motion.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

s/ Andrew C. Coulam
ANDREW C. COULAM
Deputy Attorney General
Public Interest Division
P.O. Box 20207
Nashville, Tennessee 37202
615-741-1868
andrew.coulam@ag.tn.gov
B.P.R. No. 30731

s/ Michael Stahl
MICHAEL M. STAHL
Senior Assistant Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207
615-253-5463
michael.stahl@ag.tn.gov
B.P.R. No. 032381

s/ Robert W. Wilson
ROBERT W. WILSON
Senior Assistant Attorney General
40 South Main Street, Suite 1014
Memphis, Tennessee 38103
901-543-9031
robert.wilson@ag.tn.gov
B.P.R. No. 34492

*Counsel for Defendant Michelle Long*
*in her official capacity as Director of the*
*Tennessee Administrative Office of the Courts*

4

**CERTIFICATE OF SERVICE**

I, counsel for Defendant, hereby certify that a true and correct copy of the foregoing document has been served on the following counsel of record via email on this 2nd day of October, 2023:

| M. E. Buck Dougherty III<br>LIBERTY JUSTICE CENTER<br>440 N. Wells Street, Suite 200<br>Chicago, Illinois 60654<br>bdougherty@libertyjusticecenter.org | James McQuaid<br>LIBERTY JUSTICE CENTER<br>440 N. Wells Street, Suite 200<br>Chicago, Illinois 60654<br>jmcquaid@libertyjusticecenter.org |
|---|---|

s/ Robert W. Wilson
ROBERT W. WILSON
Senior Assistant Attorney General

5