# IN THE UNITED STATES DISTRICT FOR
## THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| DAN McCALEB, Executive Editor of THE CENTER SQUARE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 3:22-cv-00439 |
| | ) | Judge Richardson |
| MICHELLE LONG, in her official capacity as DIRECTOR of the TENNESSEE ADMINISTRATIVE OFFICE OF THE COURTS, | ) ) ) ) | Magistrate Judge Frensley |
| | ) | |
| Defendant. | ) | |

## JOINT SETTLEMENT REPORT

Pursuant to the Court's Initial Case Management Order (ECF 50) and its most recent order modifying the Initial Case Management Order (ECF 58), the parties, Plaintiff Dan McCaleb and Defendant Michelle Long, hereby notify the Court that they have conferred regarding settlement prospects. Defendant Long made an initial settlement offer to Plaintiff on October 23, 2023; Plaintiff McCaleb presented Defendant Long with a counteroffer on November 9, 2023, which remains open for her consideration until close of business on November 16, 2023, at 5:00 pm CDT. To date, Defendant Long has not responded to Plaintiff McCaleb's counteroffer.

The parties are continuing to conduct depositions in this matter, including Plaintiff McCaleb deposing a fact witness on November 16, 2023, in Nashville, TN, and Defendant Long's disclosed expert remotely on November 21, 2023. Further, Plaintiff McCaleb has noticed depositions and served subpoenas upon various Tennessee Supreme Court Justices, including three

sitting justices and one retired justice, for remote depositions on November 27, 28, 29, and 30. Separate counsel from the Tennessee Attorney General's Office, who do not represent Defendant Long, have notified Plaintiff McCaleb's counsel and represented that the four Tennessee Supreme Court Justices to be deposed at the end of November intend to file motions to quash their deposition subpoenas. Discovery closes on November 30, 2023. Because the parties are working cooperatively to move this case forward through discovery and have participated in good faith settlement negotiations, they do not believe that engaging in Alternative Dispute Resolution or a Judicial Settlement Conference is appropriate at this time.

However, to the extent the parties are unable to settle the matter on or before November 16, 2023, pursuant to the most recent counteroffer referenced above, Plaintiff McCaleb separately submits that the Court's assistance in facilitating settlement negotiations is warranted. Moreover, to the extent the parties are unable to settle the case on or before November 16, 2023, Plaintiff McCaleb separately submits that participation in settlement discussions by counsel for the four Tennessee Supreme Court justices to be deposed is further warranted because the justices themselves are an integral part of this case. First, the Tennessee Supreme Court appoints members to the Advisory Commission, which forms the underlying basis for this lawsuit. *See* Tenn. Code Ann. § 16-3-601(a). Second, Defendant Long serves at the pleasure of the Tennessee Supreme Court and, under its supervision, attends to duties that the justices may direct and assign. *See* Tenn. Code Ann. § 16-3-803(a)(b). Third, this Court has implicitly recognized that the Tennessee Supreme Court and its justices are integral to this lawsuit. In its Preliminary Injunction that opened to the public Advisory Commission meetings, the Court ordered Defendant Long to "take whatever means are necessary or appropriate to ensure proper compliance with this Order," including providing notice "to her officers, directors, agents, servants, representatives, attorneys, employees,

and affiliates, and those persons in active concert or participation with them." (ECF 40, PageID #1104).

Respectfully submitted,

s/   M.E. Buck Dougherty III

M.E. Buck Dougherty III, TN BPR #022474
James McQuaid, admitted *pro hac vice*
LIBERTY JUSTICE CENTER
440 N. Wells St., Ste. 200
Chicago, IL 60654
312-637-2280-telephone
312-263-7702-facsimile
bdougherty@libertyjusticecenter.org
jmcquaid@libertyjusticecenter.org

*Attorneys for Plaintiff Dan McCaleb*
*Executive Editor of The Center Square*

JONATHAN SKRMETTI
Attorney General and Reporter

s/ Robert W. Wilson

ANDREW C. COULAM, BPR No. 30731
Deputy Attorney General
MICHAEL M. STAHL, BPR No. 032381
Senior Assistant Attorney General
ROBERT W. WILSON, BPR No. 34492
Senior Assistant Attorney General

Public Interest Division
P.O. Box 20207
Nashville, Tennessee 37202
615-741-1868
andrew.coulam@ag.tn.gov
michael.stahl@ag.tn.gov
robert.wilson@ag.tn.gov

*Counsel for Defendant Michelle Long*
*in her official capacity as Director of the*
*Tennessee Administrative Office of the Courts*

3

**CERTIFICATE OF SERVICE**

I, counsel for Defendant, hereby certify that on the 14th day of November, 2023, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including the parties named below. Parties may access this filing through the Court's electronic filing system.

M. E. Buck Dougherty III
LIBERTY JUSTICE CENTER
440 N. Wells Street, Suite 200
Chicago, Illinois 60654
bdougherty@libertyjusticecenter.org

James McQuaid
LIBERTY JUSTICE CENTER
440 N. Wells Street, Suite 200
Chicago, Illinois 60654
jmcquaid@libertyjusticecenter.org

s/ Robert W. Wilson
ROBERT W. WILSON
Senior Assistant Attorney General

4