IN THE UNITED STATES DISTRICT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAN McCALEB, Executive Editor of THE CENTER SQUARE, <br><br> Plaintiff, <br><br> v. <br><br> MICHELLE LONG, in her official capacity as DIRECTOR of the TENNESSEE ADMINISTRATIVE OFFICE OF THE COURTS, <br><br> Defendant. | Case No. 3:22-cv-00439 <br> Judge Richardson <br> Magistrate Judge Frensley |

---

**NON-PARTY TENNESSEE SUPREME COURT JUSTICES'
MOTION TO QUASH SUBPOENA OR FOR PROTECTIVE ORDER**

---

Tennessee Supreme Court Chief Justice Holly Kirby, Justice Jeffrey Bivins, Justice Roger Page, and Special Justice Sharon Lee,[1] non-parties to this action, respectfully move this Court pursuant to Rule 45(d) of the Federal Rules of Civil Procedure to quash the subpoenas for deposition issued by Plaintiff's counsel. In the alternative, the non-party Justices seek a protective order barring the depositions pursuant to Rule 26(c)(1)(A). As set out in the accompanying memorandum of law, these subpoenas should be quashed as they seek to disclose privileged and protected matters and are unduly burdensome given the non-parties' lack of factual knowledge regarding the underlying litigation.

---

[1] Justice Lee retired on August 31, 2023, but maintains the status of a "Special Justice" while she closes out business in her chambers.

1

**I certify that I have in good faith conferred with counsel for the party serving the subpoena in an effort to resolve the dispute without court action pursuant to Fed. R. Civ. P. 26(c)(1).**

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter


/s/      *Donna L. Green*
DONNA GREEN (BPR 19513)
    Assistant Attorney General
    Managing Attorney
CODY BRANDON (BPR 37504)
    Assistant Attorney General
    Managing Attorney
LIZ EVAN (BPR 37770)
    Assistant Attorney General
Law Enforcement and
Special Prosecutions Division
P.O. Box 20207
Nashville, TN  37202
(615) 532-6023
Donna.Green@ag.tn.gov
Cody.Brandon@ag.tn.gov
Liz.Evan@ag.tn.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and exact copy of the foregoing document has been forwarded electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to the parties named below. Parties may access this filing through the Court's electronic filing system.

M. E. Buck Dougherty III
James McQuaid
Liberty Justice Center
440 N. Wells Street, Suite 200
Chicago, IL 60654
bdougherty@libertyjusticecenter.org
jmcquaid@libertyjusticecenter.org


Andrew C. Coulam
Michael M. Stahl
Robert W. Wilson
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
Andrew.coulam@ag.tn.gov
Michael.stahl@ag.tn.gov
Robert.wilson@ag.tn.gov


Date: 11-22-2023                        /s/ *Donna Green*
                                                  DONNA GREEN
                                                  Assistant Attorney General