# Exhibit

# 4

RECEIVED FOR ENTRY
USDC/MDTN

Oct 17, 2023

**Vicki Kinkade**

**Chief Deputy Clerk**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                    )    ADMINISTRATIVE ORDER
2023 HOLIDAY SCHEDULE   )    NO. 102

## ORDER

It is hereby ORDERED that the United States District Court for the Middle District of Tennessee, including the Clerk's Office and the United States Probation Office, will be closed on the following dates:

Thursday, November 23, 2023, and Friday, November 24, 2023

Friday, December 22, 2023

Monday, December 25, 2023

Friday, December 29, 2023

Monday, January 1, 2023

Pleadings or other documents required to be filed on the dates listed above will be treated as timely filed if filed on the next business day after the required date.

It is so ORDERED.

_____
Waverly D. Crenshaw, Jr., Chief Judge

_____
Aleta A. Trauger, U.S. District Judge

_____
William L. Campbell, Jr., U.S. District Judge

_____
Eli Richardson, U.S. District Judge

Case 3:22-cv-00439   Document 62-4   Filed 11/27/23   Page 2 of 2 PageID #: 1697