# Exhibit

# 6

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DAN McCALEB, Executive Editor of THE CENTER SQUARE, | ) ) ) ) ) ) ) | |
| v. | ) ) ) | Case No. 3:22-cv-00439 |
| MICHELLE LONG, in her official capacity as DIRECTOR of TENNESSEE ADMINISTRATIVE OFFICE OF THE COURTS, | ) ) ) ) ) ) ) ) | District Judge Richardson Magistrate Judge Frensley |
| Defendant. | ) | |

## DECLARATION OF M. E. BUCK DOUGHERTY III

Pursuant to 28 U.S.C. § 1746, I, M. E. Buck Dougherty III, declare:

1. I am a United States citizen over the age of 18 years. If called upon to testify in this matter, I would do so as follows:

2. I am a licensed Tennessee attorney and counsel of record in this case on behalf of the Plaintiff Dan McCaleb.

3. The parties have taken seven (7) total depositions thus far, as follows:

- October 3, 2023 (remote) – Prof. Benjamin Barton, Plaintiff's Expert

- October 9, 2023 (in-person) – Gino Bulso, Chair Advisory Commission

- October 13, 2023 (remote) – Plaintiff Dan McCaleb

- October 24, 2023 (in-person) – AOC Deputy Director Rachel Harmon

- October 25, 2023 (in-person) – Defendant AOC Director Michelle Long

- November 16, 2023 (in-person) – AOC liaison Michelle Consiglio-Young

- November 21, 2023 (remote) – Lang Wiseman, Defendant's Expert

4. Prior to the scheduled depositions of Chief Justice Kirby, Justice Bivins, Justice Page, and Special Justice Lee (collectively "Justices"), I instructed my employer, Liberty Justice Center, to tender $40 checks to the Justices' counsel for their attendance at the noticed depositions on November 27, 28, 29, and 30. Attached as **Exhibit A** are copies of the checks, along with my correspondence.

5. On November 21, 2023, at approximately 1:30 pm CDT, I along with my colleague, James McQuaid, participated in a video conference call with counsel for the Justices regarding their Motion to Quash depositions. Counsel for the Justices participating on the call included Donna Green, Cody Brandon, and Liz Evan. I do not recall counsel for Defendant Michelle Long (Andrew Coulam, Michael Stahl, and Robert Wilson) participating on this video call.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on November 27, 2023
Lakeland, Tennessee

M. E. Buck Dougherty III
LIBERTY JUSTICE CENTER

# Exhibit

# A

**LIBERTY JUSTICE CENTER**
440 N WELLS ST STE 200
CHICAGO, IL 60654-4550

1078

70-480/819 IL
11978

DATE Nov 10, 2023

PAY TO THE
ORDER OF Chief Justice Holly Kirby

$40.00

Forty and 00/100

DOLLARS

Security Features Details on Back.

---

**LIBERTY JUSTICE CENTER**
440 N WELLS ST STE 200
CHICAGO, IL 60654-4550

1079

70-480/819 IL
11978

DATE Nov 10, 2023

PAY TO THE
ORDER OF Justice Roger Page

$40.00

Forty and 00/100

DOLLARS

Security Features Details on Back.

BANK OF AMERICA

ACH R/T 081904808

McCaleb v. Long

FOR daily witness fee

---

**LIBERTY JUSTICE CENTER**
440 N WELLS ST STE 200
CHICAGO, IL 60654-4550

1080

70-480/819 IL
11978

DATE Nov 10, 2023

PAY TO THE
ORDER OF Justice Jeffrey Bivens

$40.00

Forty and 00/100

DOLLARS

Security Features Details on Back.

---

**LIBERTY JUSTICE CENTER**
440 N WELLS ST STE 200
CHICAGO, IL 60654-4550

1081

70-480/819 IL
11978

DATE Nov 10, 2023

PAY TO THE
ORDER OF Justice Shannon Lee

$40.00

Forty and 00/100

DOLLARS

Security Features Details on Back.

BANK OF AMERICA

ACH R/T 081904808

McCaleb v. Long

FOR daily witness fee-deposition
pursuant to 28 U.S.C. R21

MP

⑈001081⑈ ⑆081904808⑆: 291031728377⑈



10 November 2023

Donna L. Green, Managing Attorney
Law Enforcement and Special
Prosecutions Division
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207

*RE: Daily witness deposition fee pursuant to 28 U.S.C. 1821*

*McCaleb v. Long No. 3:22 -cv-00439*

Dear Ms. Green,

Enclosed, please find four checks in the amount of $40.00 each made out to the following pursuant to 28 U.S.C 1821 daily witness deposition fees:

1. Chief Justice Holly Kirby
2. Justice Roger Page
3. Justice Jeffrey Bivens
4. Justice Sharon Lee

Sincerely,

M.E. Buck Dougherty, III
Senior Counsel
Liberty Justice Center