# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DAN McCALEB, Executive Editor of THE CENTER SQUARE, <br><br>     Plaintiff, <br><br> v. <br><br> MICHELLE LONG, in her official capacity as DIRECTOR of TENNESSEE ADMINISTRATIVE OFFICE OF THE COURTS, <br><br>     Defendant. | No. 3:22-cv-00439 <br><br><br> Judge Richardson <br><br> Magistrate Judge Frensley |

## PLAINTIFF'S MOTION TO CONTINUE TRIAL
## SET FOR MAY 7, 2024, AND MODIFY
## CASE MANAGEMENT ORDER

Plaintiff Dan McCaleb files this motion pursuant to Fed. R. Civ. P. 16(b)(4) and requests that this Honorable Court continue the trial currently set for **May 7, 2024** (ECF No. 51), and to modify the case management order (ECF No. 50 and 58). Plaintiff submits that good cause exists for the Court to continue the trial and modify the case management order for the following reasons:

1. On November 22, 2023, Tennessee Supreme Court Chief Justice Holly Kirby, Justice Jeffrey Bivins, Justice Roger Page, and Special Justice Sharon Lee (collectively the "Justices"), moved this Court to quash their depositions and subpoenas, or for a protective order, that were scheduled and noticed for this week, November 27, 28, 29, and 30. ECF No. 60.

2. The Justices are nonparties to this case. *See id.*

1

3. Today on November 27, 2023, prior to the first scheduled deposition, Plaintiff filed a response in opposition to the Justices' motion. ECF No. 62.

4. This morning counsel for the Justices emailed Plaintiff's counsel to inform that none of the Justices will appear for their noticed depositions this week until they receive a decision from the Court on their motion. Plaintiff's counsel then emailed Magistrate Frensley, copying Defendant Michelle Long's counsel, to advise of this recent development and to request a conference with the Court and Defendant Long's counsel. Those email communications are attached as collective **Exhibit 1**.

5. The remaining deadlines in this case are as follows:

- **November 30, 2023**: discovery deadline. ECF No. 58 at 1209.

- **December 15, 2023**: deadline for dispositive motions. *Id.*

- **April 15, 2024:** exchange exhibits, motions in limine. ECF No. 51 at 1154.

- **April 22, 2024**: Pretrial Order and Witness List due. *Id*. at 1153.

- **April 29, 2024**: Pretrial Conference. *Id.*

- **May 7, 2024**: Bench Trial. *Id.*

6. As evidenced by the recent Joint Settlement Report, thus far the parties have been "working cooperatively to move this case forward through discovery and have participated in good faith settlement negotiations." ECF No. 59 at 1214.

7. The Justices' noticed depositions this week were the last depositions scheduled before the close of discovery on November 30, and the parties were on track to meet the dispositive motions deadline of December 15.

8. However, with the nonparty Justices' recent motion to quash and position that they will not appear for their noticed depositions this week until they receive a

2

decision from this Court on their motion, this has negatively impacted the discovery deadline, dispositive motion deadline, and thus the trial date.

9. Accordingly, Plaintiff submits that good cause exists to continue the trial currently set for **May 7, 2024**.

10. Plaintiff is diligently submitting this motion and request for a continuance of the trial one business day from the Justices' filing of their motion, in accordance with the Court's Thanksgiving holiday schedule. *See* **Exhibit 2**, *IN RE: 2023 Holiday Schedule*, Administrative Order No. 102 (M.D. Tenn. Oct. 17, 2023).

11. Plaintiff does not know whether Defendant Long and her counsel object to this request for a continuance of the trial. Although Plaintiff received a response from the Court regarding a request for a conference today, Plaintiff has not received a response from Defendant's counsel. *See* **Exhibit 1**.

Dated: November 27, 2023      Respectfully submitted,

/s/ M.E. Buck Dougherty III
M.E. Buck Dougherty III, TN BPR #022474
James McQuaid, admitted *pro hac vice*
LIBERTY JUSTICE CENTER
440 N. Wells St., Ste. 200
Chicago, IL 60654
312-637-2280-telephone
312-263-7702-facsimile
bdougherty@libertyjusticecenter.org
jmcquaid@libertyjusticecenter.org

Attorneys for Plaintiff, Dan McCaleb

3

**CERTIFICATE OF SERVICE**

I, counsel for Plaintiff, hereby certify that a true and correct copy of the foregoing document has been served on the following counsel of record, via the Court's ECF system by email on this 27th day of November 2023:

JONATHAN SKRMETTI

Office of the Attorney General & Reporter
Public Interest Division
P.O. Box 20207
Nashville, Tennessee 37202-0207

Andrew C. Coulam
Michael M. Stahl
Robert W. Wison
andrew.coulam@ag.tn.gov
michael.stahl@ag.tn.gov
robert.wilson@ag.tn.gov

*Attorneys for Defendant*
*AOC Director Michelle Long*

Donna Green
Cody Brandon
Liz Evan
donna.green@ag.tn.gov
cody.brandon@ag.tn.gov
liz.evan@ag.tn.gov

*Attorneys for Non-Party*
*Tennessee Supreme Court Justices*

/s/ M.E. Buck Dougherty III

4