# IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

DAN McCALEB, Executive Editor of )
THE CENTER SQUARE, )
      )
      Plaintiff, )
      )
v. )      **Case No. 3:22-cv-00439**
      )      **Judge Richardson**
MICHELLE LONG, in her official capacity )      **Magistrate Judge Frensley**
as DIRECTOR of the TENNESSEE )
ADMINISTRATIVE OFFICE OF THE )
COURTS, )
      )
      Defendant. )

## CERTIFICATE OF SERVICE OF DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO CONTINUE TRIAL

I, Andrew C. Coulam, counsel for Defendant Michelle Long, hereby certify that a copy of

*Response of Defendant Michelle Long in Opposition to Plaintiff Dan Mccaleb's Motion to*

*Continue Trial Set for May 7, 2024, and Modify Case Management Order*, filed as docket entry

number 65, was served electronically via the Court's ECF/ECM service on November 29, 2023,

upon the following:

| | |
|---|---|
| M.E. Buck Dougherty, III (a/k/a Buck Dougherty) bdougherty@libertyjusticecenter.org *Counsel for Plaintiff Dan McCaleb* | James J. McQuaid jmcquaid@libertyjusticecenter.org *Counsel for Plaintiff Dan McCaleb* |
| Michael Matthew Stahl Michael.Stahl@ag.tn.gov *Counsel for Defendant Michelle Long* | Robert Wade Wilson Robert.Wilson@ag.tn.gov *Counsel for Defendant Michelle Long* |
| Donna L. Green Donna.Green@ag.tn.gov *Counsel for the Tennessee Supreme Court* | |

I also certify that a copy of this certificate of service is being served electronically upon

the same individuals on November 30, 2023, via the Court's ECF/ECM service.

s/ Andrew C. Coulam
Andrew C. Coulam
Deputy Attorney General
*Counsel for Defendant Michelle Long*
