# Exhibit

# 4

May 20, 2016

Public Meeting Notice:
Advisory Commission
on the Rules of Practice and Procedure

# ADVISORY COMMISSION ON THE RULES OF PRACTICE AND PROCEDURE

**Date / Time:**  May 20, 2016 - 9:00am - 11:00am
**Event Type:**
Public Meeting Notices


A meeting of the Advisory Commission on the Rules of Practice and Procedure will be held on Friday, May 20, 2016, at 9:00 a.m. (CDT) at the Administrative Office of the Courts, 511 Union Street, Suite 600, Nashville, Tennessee. Members of the public are invited to attend.

For additional information on attending the meeting, or if you require an accommodation and/or have special needs because of a qualified disability, please contact:

Jeana Hendrix
Assistant General Counsel
(615) 741-2687
**jeana.hendrix@tncourts.gov**.

Administrative Office of the Courts
511 Union Street Suite 600
Nashville, TN 37219
See map: **Google Maps**


**Calendar**