UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Dan McCaleb, Executive Editor of THE CENTER SQUARE,<br><br>      Plaintiff,<br><br>v.<br><br>Michelle Long, in her official capacity as DIRECTOR OF TENNESSEE ADMINISTRATIVE OFFICE OF THE COURTS,<br><br>      Defendant. | Case No. 3:22-cv-00439<br><br>Judge Richardson<br><br>Magistrate Judge Frensley |

## PLAINTIFF'S NOTICE OF FILING VIDEO WITH CLERK'S OFFICE

PLEASE TAKE NOTICE that, pursuant to Administrative Order No. 205 (M.D. Tenn. Apr. 5, 2019), counsel for Plaintiff Dan McCaleb transmitted a cover letter and video flash drive by U.S. Mail to Clerk of Court Lynda M. Hill for filing. Copies of the cover letter and video flash drive were also sent to Defendant's lead counsel, Andrew C. Coulam, by U.S. Mail.

The flash drive file transmitted to the Clerk's Office contains two videos from the June and December 2023 Advisory Commission Meetings referenced below that may be found on the TN Courts' YouTube channel:

- https://www.youtube.com/watch?v=TCCkGHybsxg
  (June 9, 2023, Advisory Commission Meeting)

- https://www.youtube.com/watch?v=XHY3DFF3V2E
  (December 8, 2023, Advisory Commission Meeting)

The flash drive containing these videos of the June and December 2023 Advisory Commission Meetings relates to the following docket entries:

- Rule 56.01 Statement in Support of Plaintiff's Motion for Summary Judgment, ECF No. 75, at 2779, ¶¶8-9.

- Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment, ECF No. 76, at 2798, 2807-08.


December 19, 2023    Respectfully submitted,


        */s/ M. E. Buck Dougherty III*
        M. E. Buck Dougherty III, TN BPR #022474
        James McQuaid, *Pro Hac Vice*
        LIBERTY JUSTICE CENTER
        440 N. Wells Street, Suite 200
        Chicago, Illinois 60654
        312-637-2280-telephone
        312-263-7702-facsimile
        bdougherty@libertyjusticecenter.org
        jmcquaid@libertyjusticecenter.org

        *Attorneys for Plaintiff, Dan McCaleb,*
        *Executive Editor of The Center Square*

**CERTIFICATE OF SERVICE**

I, counsel for Plaintiff Dan McCaleb, hereby certify that a true and correct copy of the foregoing document has been served on the following counsel of record, via the Court's ECF system by email on this 19th day of December 2023:

JONATHAN SKRMETTI

Office of the Attorney General & Reporter
Public Interest Division
P.O. Box 20207
Nashville, Tennessee 37202-0207

Andrew C. Coulam
Michael M. Stahl
Robert W. Wison
andrew.coulam@ag.tn.gov
michael.stahl@ag.tn.gov
robert.wilson@ag.tn.gov

*Attorneys for Defendant*
*AOC Director Michelle Long*

Donna Green
Cody Brandon
Liz Evan
donna.green@ag.tn.gov
cody.brandon@ag.tn.gov
liz.evan@ag.tn.gov

*Attorneys for Non-Party*
*Tennessee Supreme Court Justices*

/s/ M.E. Buck Dougherty III