# LIBERTY
## JUSTICE CENTER

RECEIVED

DEC 2 7 2023

U.S. District Court
Middle District of TN

December 19, 2023

VIA U.S. Mail

Clerk of Court Lynda M. Hill
Fred D. Thompson U.S. Courthouse
and Federal Building
719 Church Street, Suite 1300
Nashville, TN 37203

RE: *McCaleb v. Long*, Case No. 3:22-cv-00439
(Judge Richardson/Magistrate Judge Frensley)

**Party making video filing**: Plaintiff Dan McCaleb

Dear Ms. Hill:

I represent Plaintiff Dan McCaleb in the above-captioned case, and I'm transmitting a video file for filing in this case. In accordance with Administrative Order No. 205 (M.D. Tenn. Apr. 5, 2019), regarding guidelines for filing audio and video files, enclosed please find a video file for filing on behalf of Plaintiff McCaleb.

The video file being transmitted to the Clerk's Office contains two videos from the June and December 2023 Advisory Commission Meetings referenced below that may be found on the TN Courts' YouTube channel.

- https://www.youtube.com/watch?v=TCCkGHybsxg
  June 9, 2023, Advisory Commission Meeting

- https://www.youtube.com/watch?v=XHY3DFF3V2E
  December 8, 2023, Advisory Commission Meeting

The file containing videos of the June and December 2023 Advisory Commission Meetings relate to the following docket entries:

- Rule 56.01 Statement in Support of Plaintiff's Motion for Summary Judgment, ECF No. 75, at 2779, ¶¶8-9.

- Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment, ECF No. 76, at 2798, 2807-08.

440 N. Wells Street, Suite 200, Chicago, IL 60654 | libertyjusticecenter.org | O: (312) 637-2280 F: (312) 263-7702

Please note that I am serving a copy of this letter along with a copy of the video file upon Andrew C. Coulam, lead counsel for Defendant Michelle Long, at his business address referenced below.

Should you have any questions or require any additional information regarding this video filing on behalf of Plaintiff, please do not hesitate to contact me.


Sincerely,

M.E. Buck Dougherty III
Senior Counsel, Liberty Justice Center
bdougherty@libertyjusticecenter.org
423-326-7548 (mobile)


cc: Andrew C. Coulam (VIA U.S. Mail w/ video file enclosure: Andrew C. Coulam, Deputy Attorney General, Public Interest Division, Office of Tennessee Attorney General, P.O. Box 20207, Nashville, TN 37202-0207)





**Liberty Justice Center**
440 North Wells Street
suite #200
Chicago, IL    60654

McCaleb v. Long, Case No. 3:22-439

June 9, 2023 Advisory Commission Meeting

December 8, 2023 Advisory Commission Meeting

PRESS FIRMLY TO SEAL

 

PRESS FIR


**UNITED STATES POSTAL SERVICE** ® | **PRIOR MAI**

RECEIVED

DEC 2 7 2023

U.S. District Court
Middle District of TN

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com.*
** See International Mail Manual at *http://pe.usps.com* for availability and limitations of c

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

## TRACKED ■ INSURED


PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

To schedule free Pacl
scan the QR c



USPS.COM/PI(


**UNITED STATES POSTAL SERVICE.** | **Click-N-Ship®**

 **P**

usps.com
$8.05
US POSTAGE
Insured

9405 8301 0935 5052 8883 57 0060 5001 0003 7203

U.S. POSTAGE PAID



12/19/2023    Mailed from 60654    823337120175270

### PRIORITY MAIL®

LIBERTY JUSTICE CENTER
LJC ADMIN
440 N WELLS ST STE 200
CHICAGO IL 60654-4550

12/22/2023

RDC 02

C019



US COURTHOUSE AND FED BLDG
LYNDA M HILL
STE 1300
719 CHURCH ST
NASHVILLE TN 37203-7095


**USPS TRACKING #**



9405 8301 0935 5052 8883 57

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022. All rights reserved.