IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DAN McCALEB,                          )
                                      )
                 Plaintiff,           )
                                      )
v.                                    )        Case No. 3:22-cv-00439
                                      )        JUDGE RICHARDSON
MICHELLE LONG, ET AL.,                )
                                      )
                 Defendants.          )

## **ORDER**

The trial and pretrial conference, scheduled for May 7, 2024, and April 29, 2024, respectively, are canceled based on the pending Motions for Summary Judgment (Doc. No. 71 and 74), to be rescheduled upon resolution of the motion.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE