# Exhibit

# 2

## IN THE UNITED STATES DISTRICT FOR
## THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| DAN McCALEB, Executive Editor of THE CENTER SQUARE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 3:22-cv-00439 |
| | ) | Judge Richardson |
| MICHELLE LONG, in her official capacity as DIRECTOR of the TENNESSEE ADMINISTRATIVE OFFICE OF THE COURTS, | ) ) ) ) | Magistrate Judge Frensley |
| | ) | |
| Defendant. | ) | |

## INITIAL DISCLOSURES OF DEFENDANT

Defendant Michelle Long, in her official capacity, hereby provides the following initial disclosures pursuant to Federal Rules of Civil Procedure 26(a)(1). Defendant reserves the right to supplement these initial disclosures as additional information and documents are revealed in the course of further investigation and discovery.

### I. Individuals with discoverable knowledge

Pursuant to Rule 26(a)(1)(A), and based upon information reasonably available to Defendant, the following individuals are likely to have discoverable information that Defendant may use to support her claims and defenses, except solely for impeachment, and who may be contacted through counsel for Defendant:

(1) Plaintiff, and individuals associated with Plaintiff's entities, will likely have information regarding the various causes of action asserted in this case, including:

    (a) Dan McCaleb, Executive Editor of the Center Square;

    (b) The Center Square Co., and its representatives including the Franklin News Foundation.

Each of these identified parties may be contacted through counsel for Plaintiff.

(2) In addition, the following individuals will have knowledge regarding the defenses raised:

    (a) Michelle Long, Director of the Tennessee Supreme Court Administrative Office of the Courts.

    (b) Rachel Harmon, Deputy Director of the Tennessee Supreme Court Administrative Office of the Courts.

The above-named individual can be contacted through counsel for Defendant.

## II. Known documents relevant to the defenses raised.

Pursuant to Rule 26(a)(1)(A), and based upon information reasonably available, Defendant states that the following documents are likely to have discoverable information that Defendant may use to support her claims and defenses, except solely for impeachment:

(1) All information contained at the official Tennessee Administration Office of the Courts Advisory Commission on the Rules of Practice & Procedure website, available at https://www.tncourts.gov/boards-commissions/boards-commissions/advisory-commission-rules-practice-procedure#:~:text=Tenn.,appointed%20by%20the%20Supreme%20Court;

(2) All pleadings, motions, and any document filed in this case;

(3) Any documents identified by Plaintiff in his initial disclosures or referenced in his complaint, or other filings with the court;

(4) Organizational documents for The Center Square Co. and the Franklin News Foundation in possession of Plaintiff.

2

### III. Computation of Damages and Insurance Agreement

No damages are being sought in this case, *see* Fed. R. Civ. P. 26(a)(1)(A)(iii), and no insurance agreement is involved, *see* Fed. R. Civ. P. 26(a)(1)(A)(iv).

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

s/ Andrew C. Coulam
ANDREW C. COULAM
Deputy Attorney General
Public Interest Division
P.O. Box 20207
Nashville, Tennessee 37202
615-741-1868
andrew.coulam@ag.tn.gov
B.P.R. No. 30731

s/ Michael Stahl
MICHAEL M. STAHL
Senior Assistant Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207
615-253-5463
michael.stahl@ag.tn.gov
B.P.R. No. 032381

### CERTIFICATE OF SERVICE

I, counsel for Defendant, hereby certify that a true and correct copy of the foregoing document has been served on the following counsel of record via email and by first-class mail, postage prepaid, on this 19th day of May, 2023:

| M. E. Buck Dougherty III | James McQuaid |
|---|---|
| LIBERTY JUSTICE CENTER | LIBERTY JUSTICE CENTER |
| 440 N. Wells Street, Suite 200 | 440 N. Wells Street, Suite 200 |
| Chicago, Illinois 60654 | Chicago, Illinois 60654 |
| bdougherty@libertyjusticecenter.org | jmcquaid@libertyjusticecenter.org |

s/ Michael Stahl
MICHAEL M. STAHL
Senior Assistant Attorney General