IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DAN MCCALEB,                          )
                                      )
        Plaintiff,                    )          No. 3:22-cv-00439
                                      )
v.                                    )
                                      )
MICHELLE LONG,                        )          JUDGE RICHARDSON
                                      )
        Defendant.                    )

## **ORDER**

Pending before the Court is "Plaintiff's Motion to Continue Trial Set for May 7, 2024, and Modify Case Management Order" (Doc. No. 63, "Motion"). The Motion is DENIED as moot in light of the Order at Doc. No. 82 canceling the trial scheduled for May 7, 2024.

IT IS SO ORDERED.

_Eli Richardson_____
ELI  RICHARDSON
UNITED STATES DISTRICT JUDGE