UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| DAN MCCALEB, Executive Editor of THE CENTER SQUARE, | ) ) ) | NO. 3:22-cv-00439 |
| Plaintiff, | ) ) ) | JUDGE RICHARDSON |
| v. | ) ) ) |  |
| MICHELLE LONG, in her official capacity as DIRECTOR of the TENNESSEE ADMINISTRATIVE OFFICE OF THE COURTS, | ) ) ) ) ) ) |  |
| Defendant. | ) |  |

## ORDER

For the reasons explained in the accompanying Memorandum Opinion, Defendant's Motion for Summary Judgment (Doc. No. 71) is GRANTED. Conversely, Plaintiff's Motion for Summary Judgment (Doc. No. 74) is DENIED. This Court's Order and Preliminary Injunction (Doc. No. 40) is VACATED.

The Clerk is directed to enter judgment under Rule 58 of the Federal Rules of Civil Procedure and close the file.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE