**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

Dan McCaleb

               Plaintiff,

v.                                    Case No.: 3:22–cv–00439

Michelle Long

               Defendant,

## <u>ENTRY OF JUDGMENT</u>

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 11/20/2024 re [88], [89].

Lynda M. Hill
s/ Megan Gregory, Deputy Clerk
