# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

Dan McCaleb

)
)
)
)
)
)
)
)
)
)
)
)
)
)

*v.*

Michelle Long

Case No. 3:22-cv-00439

## **NOTICE OF APPEAL**

Notice is hereby given that:   Plaintiff Dan McCaleb

*(Name the party or parties filing the appeal)*

hereby appeals to the United States Court of Appeals for the Sixth Circuit from the

☒ Judgment          ☐ Order          ☐ Other (specify) _____

entered in this action on __Nov 20, 2024__ .

/s/ M.E. Buck Dougherty III
_____
(Signature)

7500 Rialto Blvd Suite 1-250
_____
(Address)

Austin                    TX          78735
_____
(City)                    (State)     (Zip Code)

(512) 481-4400
_____
(Phone)

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of this document was sent to   Andrew Coulam, Michael Stahl, Robert Wilson

on __Nov 20, 2024__ .

/s/ M.E. Buck Dougherty III
_____
(Signature)