Case No. 24-6043

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

DAN MCCALEB, Executive Editor of The Center Square

     Plaintiff - Appellant

v.

MICHELLE LONG, in her official capacity as Director of the Tennessee Administrative Office of the Courts

     Defendant - Appellee

Upon consideration of the motion to file an Amicus brief on behalf of Open Government Advocates,

It is hereby **ORDERED** that the motion be, and it hereby is **GRANTED**.

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: August 14, 2025

**United States Court of Appeals for the Sixth Circuit**

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 08/14/2025.

**Case Name:**   Dan McCaleb v. Michelle Long
**Case Number:**   24-6043

**Docket Text:**
ORDER filed granting amici curiae Open Government Advocates motion to file amicus brief [7323049-2].. Entered by order of the court.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

**A copy of this notice will be issued to:**

Mr. Andrew C. Coulam
Ms. Lynda M. Hill
Mr. Jacob H. Huebert
Ms. Jennifer Safstrom
Mr. Reilly Stephens
Mr. Robert W. Wilson